UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD F. DAVIS<br>(TDCJ No. 1476692), | )<br>)<br>) | |
| Petitioner, | )<br>) | CIVIL ACTION NO. |
| VS. | )<br>) | 3:17-CV-2638-G (BN) |
| LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division, | )<br>)<br>)<br>)<br>) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

This action is therefore **TRANSFERRED** to the **Fort Worth Division of the Northern District of Texas**.

**SO ORDERED**.

October 19, 2017.

_____
**A. JOE FISH
Senior United States District Judge**